## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

**DAVID PINELLO,**

                     **Plaintiff,**

   **-vs-**

**ANDREAS STIHL AG & CO. KG and**
**STIHL, INC.,**

                     **Defendants.**

**Civil Action NO.:  08-CV-01031(PKL)**

**FEDERAL RULE 7.1**
**DISCLOSURE STATEMENT**

---

LISA M. ROBINSON, ESQ., attorneys for defendant Stihl Incorporated, on behalf of itself and its division Northeast Stihl, certified pursuant to Fed.R.Civ.P. 7.1, that defendant Stihl Incorporated, on behalf of itself and its division, Northeast Stihl, is a non-publicly traded company that is wholly owned by Stihl International GmbH.  Stihl Incorporated is a corporation whose shares are not publicly traded and no publicly held corporation owns 10% or more of Stihl Incorporated's stock.

**Dated:**     **Syracuse, New York**
            **April 11, 2008**

                     Lisa M. Robinson, Esq. (LMR/2782)
                     GOLDBERG SEGALLA LLP
                     *Attorneys for Defendant Stihl Incorporated*
                     5789 Widewaters Parkway
                     Syracuse, New York  13214
                     (315) 413-5400
                     lrobinson@goldbergsegalla.com

TO:    Michael J. Frimet, Esq.
        NELSON LEVINE de LUCA & HORST
        *Attorneys for Plaintiff*
        120 Broadway, Suite 955
        New York, New York  10270
        (212) 233-0130