IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID PINELLO

          Plaintiff,   Civil Action No.:  08 CV 01031(PKL)

-vs-

ANDREAS STIHL AG & CO. KG and
STIHL, INC.

          Defendants.

---

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Motion to Transfer Venue to the U.S. District Court for the Northern District of New York of Defendant Stihl, Incorporated,, Affidavit of Lisa M. Robinson in support of same, with attached exhibits, and Memorandum of Law in support of same, with attached exhibit were served via ECF this 14th day of April, 2008 and via regular mail upon:

Michael J. Frimet, Esq.
NELSON LEVINE de LUCA & HORST
Attorneys for Plaintiff
120 Broadway, Suite 955
New York, New York 10270
Tel:  (212) 233-0130

        GOLDBERG SEGALLA, LLP

        */s/ Lisa M. Robinson*
        Lisa M. Robinson
        Bar No.:  LMR2782
        **Attorneys for Defendant**
        **STIHL INCORPORATED s/h/a**
         **STIHL, INC.**
        5789 Widewaters Parkway
        Syracuse, New York 13214
        Email:  lrobinson@goldbergsegalla.com