IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID PINELLO

          Plaintiff,

-vs-

ANDREAS STIHL AG & CO. KG and
STIHL, INC.

          Defendants.

Civil Action No.: 08 CV 01031(PKL)

**NOTICE OF MOTION
TO TRANSFER VENUE
TO THE NORTHERN
DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **MOTION BY:** | GOLDBERG SEGALLA, LLP, attorneys for Defendant Stihl Incorporated |
| **DATE, TIME AND PLACE OF HEARING:** | To be determined by Order of the Court. |
| **SUPPORTING PAPERS:** | Affidavit of Lisa M. Robinson, Esq., with exhibits and Memorandum of Law in support, together with all prior pleadings and proceedings. |
| **RELIEF DEMANDED:** | A) An Order pursuant to 28 U.S.C. § 1404(b), upon the stipulation of the parties, transferring this case to the District Court of the Northern District of New York.<br><br>B) Such other and further relief as the Court deems just and proper. |

Dated:  Syracuse, New York
     April 11, 2008

                     Lisa M. Robinson, Esq. (LMR/2782)
                     GOLDBERG SEGALLA LLP
                     *Attorneys for Defendant Stihl Incorporated*
                     5789 Widewaters Parkway
                     Syracuse, New York 13214
                     (315) 413-5400
                     lrobinson@goldbergsegalla.com

TO:    Michael J. Frimet, Esq.
NELSON LEVINE de LUCA & HORST
*Attorneys for Plaintiff*
120 Broadway, Suite 955
New York, New York 10270
(212) 233-0130